IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-CV-01317-JLK

DONALD GREGG and KATHRYN GREGG

    Plaintiffs,

v

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

**ORDER RE: PLAINTIFFS' AMENDMENT BY CONSENT FOR LEAVE TO AMEND THEIR COMPLAINT TO INCLUDE A CLAIM FOR VIOLATION OF THE COLORADO CONSUMER PROTECTION ACT**

---

THIS MATTER comes before the Court upon Plaintiffs' Unopposed Amendment by Consent for Leave to Amend their Complaint to Include a Claim for Violation of the Colorado Consumer Protection Act (Doc. 18). The Court, having reviewed the file and pleadings, and being fully advised in the premises, hereby **GRANTS** Plaintiffs' Amendment by Consent for Leave to Amend the Complaint to Include a Claim for Violation of the Colorado Consumer Protection Act.

Plaintiffs will file their Amended Complaint no later than seven (7) days of entry of this Order.

DATED:  July 29, 2015

                                          BY THE COURT:

                                          */s/ John L. Kane*
                                          JOHN L. KANE
                                          SENIOR U.S. DISTRICT COURT JUDGE