**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01317-JLK

DONALD GREGG and
KATHRYN GREGG,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation for Dismissal With Prejudice (Doc. 33) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his, her or its own attorney fees and costs.

BY THE COURT:

Dated: November 10, 2015    *s/John L. Kane*
    SENIOR U.S. DISTRICT JUDGE